IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| MARILYN A. WARREN, | Civil No. 04-6391-AA |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARTNHART,<br>Commissioner of Social Security, | |
| Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,474.52 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. There are no costs and expenses to be paid herein.

DATED this 29 day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ DAPHNE BANAY
Special Assistant United States Attorney
(206) 615-2113
of Attorneys for Defendant

ORDER - [04-6391-AA]